UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Lester Lefkowitz**

**V.**                                     **CIVIL ACTION NO. 1:12-cv-10614-FDS**

**Houghton Mifflin Harcourt**
**Publishing Company**

### SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, D.J.**

   The Court having been advised by counsel for the parties that the above-entitled action has been settled;

   IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty(30)days**, to reopen the action if settlement is not consummated.

**October 24, 2014**

/s/  Steve K. York
-------------------------
**Deputy Clerk**